

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

November 30, 2020

**VIA ECF**

MAGISTRATE JUDGE LOIS BLOOM
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Furfero v. St. John's University* et al
1:20-cv-02395-BMC-LB

Dear Judge Bloom:

We represent Defendants in the above-referenced matter. We write pursuant to Rule 2.C of your Individual Rules, with Plaintiff's consent, to request a brief extension of time from December 2, 2020 to December 11, 2020, for the parties to select a mediator. Additional time is needed to finalize the mediation selection because I have been out of the office due to the recent illness and death of two close family members and the Thanksgiving holiday last week. The parties are in the process of exchanging mediator names and checking the proposed mediators' availability. This brief extension will allow the parties to finalize their selection.

Respectfully,

/s/

Barbara A. Gross

BAG/IAS

cc: Plaintiff Dr. Joyce Furfero (drfurfero@drfurfero.com)

littler.com