

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

December 11, 2020

**VIA ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Furfero v. St. John's University* et al
1:20-cv-02395-BMC-LB

Dear Magistrate Bloom:

We represent Defendants in the above-referenced matter.  We write, with Plaintiff's consent, pursuant to Your Honor's December 1, 2020 Order to inform the Court that the parties have selected Mediator Vivien Shelanski.  Her case manager has indicated that she is available to mediate this matter before the current deadline of January 21 and we are awaiting her dates of availability.  We expect to set the date within the next few days and will update the Court.

Respectfully,

/s/

Barbara A. Gross
BAG/mbm

cc: Plaintiff Dr. Joyce Furfero (drfurfero@drfurfero.com)