

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298


Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

December 30, 2020

**VIA ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Furfero v. St. John's University* et al
1:20-cv-02395-BMC-LB

Dear Magistrate Bloom:

We represent Defendants in the above-referenced matter. We write, with Plaintiff's consent, pursuant to Rule C(3) of Your Honor's Individual Rules to request an extension of the January 21, 2021 mediation deadline. The parties are currently scheduled to mediate this matter on February 2, 2021, which is the first available date for all parties and Mediator Vivien Shelanski. Accordingly, the parties request a brief extension until February 2, 2021, to conduct the mediation.

Respectfully,

/s/

Barbara A. Gross
BAG/mbm

cc: Plaintiff Dr. Joyce Furfero (drfurfero@drfurfero.com)