

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

February 11, 2021

**VIA ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Furfero v. St. John's University* et al
       1:20-cv-02395-BMC-LB

Dear Magistrate Bloom:

We represent Defendants in the above-referenced matter. We write jointly with Plaintiff to provide the Court with a status update. The February 2, 2021 mediation was unsuccessful. The parties respectfully request a conference to discuss a discovery schedule.

Respectfully,

/s/

Barbara A. Gross


cc: Plaintiff Dr. Joyce Furfero (drfurfero@drfurfero.com)

littler.com