UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DR. JOYCE FURFERO,

              Plaintiff,                                      **ORDER**
                                                           **20 CV 2395 (BMC) (LB)**

   -against-

ST. JOHN'S UNIVERSITY, ET AL,

             Defendants.
-------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       The Court shall hold a telephone status conference in plaintiff's employment discrimination case on March 3, 2021 at 11:30 a.m. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 11:30 a.m. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy-two (72) hours before the scheduled conference.

SO ORDERED.

                                                            /s/
                                               LOIS BLOOM
                                               United States Magistrate Judge

Dated: February 12, 2021
       Brooklyn, New York