UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLENE JOYCE FURFERO,<br><br>               Plaintiff,<br><br>      -v.-<br><br>ST. JOHN'S UNIVERSITY, CONRADO "BOBBY" GEMPESAW, SIMON MOLLER, NOREAN SHARPE, CHARLES CLARK, JOSEPH OLIVA, JOSHUA HURWIT, NADA LLEWELLYN, KEATON WONG, MICHELLE CADLE, AND DANIELLE HAYNES,<br><br>               Defendants, | Civil Action No. 20-cv-2395 (BMC) (LB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 1, 2021, I caused to be served a correct and true copy of the Defendants' Local Rule 12.1 Notice, as required by Order of the Court dated March 31, 2021, via U.S. regular mail and email upon *pro se* plaintiff at the below listed address:

Ms. Arlene J. Furfero
1373 Weaver Street
Scarsdale, New York 10583
drfurfero@drfurfero.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April, 2021 in New York, New York.


                                                By:  */s/ Barbara A. Gross*
                                                       Barbara A. Gross