UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLENE JOYCE FURFERO,<br><br>           Plaintiff,<br><br>       -v.-<br><br>ST. JOHN'S UNIVERSITY, CONRADO "BOBBY" GEMPESAW, SIMON MOLLER, NOREAN SHARPE, CHARLES CLARK, JOSEPH OLIVA, JOSHUA HURWIT, NADA LLEWELLYN, KEATON WONG, MICHELLE CADLE, AND DANIELLE HAYNES,<br><br>           Defendants, | Civil Action No. 20-cv-2395 (BMC) (LB)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on April 28, 2021, I caused to be served a correct and true copy of the Reply Memorandum of Law In Support of Defendants' Motion to Dismiss the Amended Complaint, via email upon *pro se* plaintiff at the below listed email address:

Ms. Arlene J. Furfero
drfurfero@drfurfero.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 29th day of April, 2021 in New York, New York.


                                                    By:  */s/ Barbara A. Gross*
                                                             Barbara A. Gross